# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

FEB - 1 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

2:10-cv-00112-RWS
Culliford v. American Kiko Goat Association et al
Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 02/01/2011.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 11:50 A.M.
TIME IN COURT: 00:45
COURT REPORTER: Sharon Upchurch
DEPUTY CLERK: Rick Goss

ATTORNEY(S) PRESENT:
John Alday representing Mia Nelson
R. Cooper representing Donna Shelby
R. Cooper representing Jean Thomure
R. Cooper representing John D. Smith
R. Cooper representing Richard Mayer
R. Cooper representing Warren Barnes
Graham George Culliford appearing Pro Se
Bruce McKenna representing American Kiko Goat Association
Jack Slover representing American Kiko Goat Association

PROCEEDING CATEGORY: Scheduling Conference;

MINUTE TEXT: Written order to follow.